# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-50075
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 23, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

FRANCISCO PEREZ-VILLALBA,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:13-CR-2189-1

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Francisco Perez-Villalba (Perez) appeals the 15-month sentence imposed following his guilty plea conviction for illegal reentry. *See* 8 U.S.C. § 1326. Perez argues that the district court plainly erred in assessing four criminal history points for two 2003 convictions when the original sentences for those convictions were imposed more than 10 years prior to the commencement of his illegal reentry offense.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-50075

Perez has completed his term of imprisonment, has been released from custody, and has been removed to Mexico. Therefore, the appeal of his sentence is moot. *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 382-83 (5th Cir. 2007). Accordingly, the appeal is DISMISSED.